JXH: 2021R00601
JTM 04.09.22

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| UNITED STATES OF AMERICA | * | CRIMINAL NO. SAG 22cr147 |
|---|---|---|
| v. | * | |
| | * | (Assaulting, Resisting, Or Impeding |
| ROBERT EUGENE MONTGOMERY | * | Certain Officers or Employees |
| | * | Resulting in Bodily Injury, 18 U.S.C. |
| Defendant. | * | §§ 111(a)(1), (b)) |
| | * | |

*******

## INDICTMENT

### COUNT ONE
(Assaulting, Resisting, Or Impeding Certain Officers or Employees, Bodily Injury)

The Grand Jury for the District of Maryland charges that:

On or about September 24, 2021, in the District of Maryland, the defendant,

**ROBERT EUGENE MONTGOMERY**

did assault a person designed in section 18 U.S.C § 114 who was engaged in the performance of his official duties, that is, by punching and kicking the Victim, a United States Postal Service Mail Carrier who was engaged in the performance of official duties resulting in bodily injury.

18 U.S.C. § 111(a)(1), (b)

_Erek L. Barron_ s/ _Jason X. Hamilton_
EREK L. BARRON
UNITED STATES ATTORNEY

A TRUE BILL:

SIGNATURE REDACTED

FOREPERSON

4/19/2022
DATE